

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

June 13, 1957

Honorable Frank Scofield
Chairman, Livestock Sanitary
  Commission of Texas
3320 West Seventh
Fort Worth 7, Texas

Opinion No. WW-162

Re: May the Livestock Sanitary
    Commission of Texas change
    the location of its head-
    quarters from Fort Worth,
    Texas, to Austin, Texas,
    should it so desire, in
    order to have better
    accommodations and at

Dear Mr. Scofield:

less cost, if possible?

        This Opinion is in response to your request of June
4, 1957, in which you pose a question which is substantially
as follows:

        May the Livestock Sanitary Commission of Texas
    change the location of its headquarters from Fort
    Worth, Texas, to Austin, Texas, should it so desire,
    in order to have better accommodations and at less
    cost, if possible?

        Senate Bill No. 247, Acts of the 54th Legislature,
ch. 448, p. 1167, which has been codified as Article 7009,
Vernon's Civil Statutes, provides for:  the appointment of
the Livestock Sanitary Commission of the State of Texas, the
appointment of one member as a Chairman, the bond of each
Commissioner, the qualifications of the Commissioners, the
terms of office of the respective Commissioners, and various
other features.  The Act at no place provides for the estab-
lishment of the headquarters of the Commission in any given
location.

        It is our opinion that inasmuch as Senate Bill No.
247, Acts of the 54th Legislature, ch. 448, p. 1167, is in
all respects silent as to any requirement for the location of
the headquarters of the Livestock Sanitary Commission of Texas,
the Commissioners may, in their discretion, move the head-
quarters of the Commission in order to have better accommodations
and at less cost, if possible.

        The Livestock Sanitary Commission of Texas is charged
with the administration of numerous laws of this State

affecting the public health, and we believe that, absent an express statutory prohibition, the Legislature intended that the Commission establish its headquarters at whatever place it might most effectively carry out its duties. For this reason, we answer your question in the affirmative.

## SUMMARY

The Livestock Sanitary Commission of Texas may change the location of its headquarters, should it so desire, in order to have better accommodations and at less cost, if possible.

Very truly yours,

WILL WILSON
Attorney General of Texas

By Wayland C. Rivers, Jr.
Wayland C. Rivers, Jr.
Assistant

WCR:jl

APPROVED:

OPINION COMMITTEE:

H. Grady Chandler, Chairman

Jas. H. Rogers

Jack Goodman

John H. Minton, Jr.

REVIEWED FOR THE ATTORNEY GENERAL
BY:

Geo. P. Blackburn